02-12-340-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00340-CR

 

 


 
 
 Billy Maples
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

FROM THE 211th
District Court OF Denton COUNTY

----------

MEMORANDUM
OPINION[1]

----------

          A
jury convicted Appellant Billy Maples of criminal mischief, and the trial court
imposed his ten-year sentence on November 8, 2011.  Maples did not file a
motion for new trial, so his notice of appeal was due December 8, 2011,
but was not filed until July 18, 2012.  See Tex. R. App. P.
26.2(a)(1).  On July 25, 2012, we notified Maples of our concern that we
may not have jurisdiction over this appeal, and we stated that we could dismiss
the appeal for want of jurisdiction unless he filed a response showing grounds
for continuing the appeal.  See Tex. R. App. P. 44.3.  Maples filed a
response, but it does not show grounds for continuing the appeal.  Accordingly,
we dismiss this appeal for want of jurisdiction.  See Tex. R. App. P.
43.2(f).

 

 

                                                                             PER CURIAM

 

PANEL: 
MEIER,
J.; LIVINGSTON, C.J.; and GABRIEL, J.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  August 30, 2012









[1]See Tex. R. App. P. 47.4.